[No. 548-3.    Division Three.    April 6, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. JULIUS CURRY, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 2805, John T. Day, J., entered January 24, 1972. *Reversed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 567-3.    Division Three.    April 6, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES S. GANT, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 20365, Willard J. Roe, J., entered February 4, 1972. *Affirmed* by unpublished opinion per Green, C.J., concurred in by McInturff and Munson, JJ.

[No. 1513-1.    Division One—Panel 2.    April 9, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIE REECE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 58313, James J. Dore, J., entered February 14, 1972. *Affirmed* by unpublished opinion per Callow, J., concurred in by Horowitz and Williams, JJ.

[No. 669-3.    Division Three.    April 10, 1973.]

*In the Matter of the Estate of* STANLEY KOPPER, *Deceased.* JESS M. PEREZ, *as Executor, Appellant,* v. STANLEY KOPPER, JR., *et al., Respondents.*

Appeal from a judgment of the Superior Court for Grant County, No. 6525, B. J. McLean, J., entered June 30, 1972. *Affirmed* by unpublished per curiam opinion.